**Jason L. DIEDRICH, Plaintiff– Appellant,**

v.

**CITY OF NEWPORT NEWS, VIRGINIA; Edgar E. Maroney, individually and as City Manager of the City of Newport News; Dennis A. Mook, individually and as Chief of Police, Newport News Police Department, Defendants–Appellees.**

No. 04–1603.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 9, 2004.

Decided: Sept. 14, 2004.

Jason L. Diedrich, Appellant pro se.

Allen Link Jackson, Deputy City Attorney, Newport News, Virginia; Stanley Graves Barr, Jr., Shepherd Dean Wainger, Kaufman & Canoles, Norfolk, Virginia; for Appellees.

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jason L. Diedrich appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have

reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Diedrich v. City of Newport News,* No. CA–04–9–4 (E.D.Va. Apr. 26, 2004). Diedrich's motion for a stay of the appeal is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*